MICHAEL FERRARO, APPELLANT, v. BOARD OF MANAGERS OF THE NEW JERSEY STATE PRISON, RESPONDENT.

Submitted May 29, 1931—Decided February 1, 1932.

For the appellant, *Harry Heher.*

For the respondent, *William A. Stevens* and *Theodore Backes.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, CAMPBELL, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 12.

*For reversal*—None.